# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
2017 NOV 15 PM 2: 16
OFFICE OF THE CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Express Mail package, tracking number EM046797042US, addressed to Twitch Gamer, 1410 North Eddy St, Grand Island, NE 68801

Case No. 8:17MJ413

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Express Mail package, tracking number EM046797042US, addressed to Twitch Gamer, 1410 North Eddy St, Grand Island, NE 68801

located in the _____ District of Nebraska, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances, or the proceeds from the sale of or for the purchase of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21:841 | Possession with intent to distribute controlled substances |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Bryce S. Husak, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/15/2017

*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Bryce S. Husak, Postal Inspector, U.S. Postal Inspection Service, after being duly sworn on oath, do depose and state as follows:

1. I have been a duly authorized Postal Inspector of the U.S. Postal Inspection Service since September, 2016. From March of 2014 through September 2016, I was a Special Agent with the United States Postal Service Office of Inspector General. From October 2009 through March 2014, I was a Special Agent with the United States Secret Service. I have participated in numerous search warrants of packages and structures suspected of containing narcotics and records of drug dealing and controlled substances.

2. This affidavit is in support of a search warrant for an Express Mail package, tracking number EM046797042US, addressed to "Twitch Gamer, 1410 north eddy st, grand island, NE 68801", with a return address of "Victor, Lopez, 6312 west maryland, Glendale, AZ 85301" and bears $59.10 in postage. The package is a brown small box measuring 14 inches by 14 inches by 14 inches weighing 5 pounds, 6 ounces. It was mailed on November 14, 2017, from Glendale, AZ 85302. This package is currently in the possession of your affiant at the Postal Inspection Service office in Omaha, Nebraska.

3. A nationwide investigation by the United States Postal Inspection Service (USPIS) disclosed that drug traffickers are regularly using Express Mail Service and Priority Mail Service to send controlled substances to destinations throughout the United States. The investigation also revealed that drug traffickers regularly use Express Mail and Priority Mail to

1

send funds back for the purchase of additional narcotics. The funds are usually in the form of U.S. currency, although the money is sometimes laundered through the use of U.S. Postal Money Orders. The investigation identified the common characteristics among the Express Mail and Priority Mail Packages that contained controlled substances or the proceeds from the sale of or for the purchase of controlled substances. The state of Arizona was identified as one of nine source drug areas from which narcotics would be shipped via Express Mail or Priority Mail to various other U.S. locations and to which the funds for the purchase of the narcotics would be sent back by Express Mail or Priority Mail. The investigation revealed common characteristics among the mailing labels themselves. These investigations further revealed a commonality of illegal narcotics packages bore hand-written labels from an individual to an individual. A significant indicator is a fictitious or no return address, a vacant house as a return address or a mailer who is not known at the return address. A drug interdiction program was subsequently established by the Postal Inspection Service.

4. The Express Mail package for which this warrant is sought was initially discovered at the Omaha Processing and Distribution Center, 1124 Pacific Street, Omaha, NE 68108 during a routine interdiction by Postal Inspector Bryce Husak on November 15, 2017, at approximately 7:30 a.m.

5. This Express Mail package was found to contain several characteristics fitting the drug and drug money profile described above. This package is from the state of Arizona, a known drug source area. This package bore a handwritten label from an individual to an individual. A search of postal records and records from a national law enforcement search database showed the sender name "Victor Lopez" is not associated with the return address.

According to postal and national search databases, the intended recipient name "Twitch Gamer" is not known at the address listed on the label.

6. On November 15, 2017, Douglas County Sheriff's Department K9 'Chet' was employed to determine the presence of an odor of narcotics emanating from the parcel. Chet is a drug-sniffing German Shepard used by the Douglas County Sheriff's Department. Chet's handler is Deputy Dave Wintle. Deputy Wintle advised that Chet is certified in the detection of marijuana, cocaine, heroin and methamphetamine as well as any derivatives of these narcotics. Chet was last certified January 18, 2017, and has worked with Deputy Wintle since December 2014.

7. On November 15, 2017, at 08:25 a.m., the Express Mail package described in this Affidavit was presented to Chet by his handler, Deputy Wintle. The package was placed in a hallway at the Postal Inspection Service Office in Omaha, Nebraska, with an additional three (3) clean or "blank" parcels. Chet demonstrated particular attention and sat directly in front of the parcel described in this affidavit, which Deputy Wintle advised was an indication to the presence of narcotics or money that has been contaminated with narcotics.

8. Based on the facts set forth in this affidavit, your affiant submits there is probable cause to believe that a controlled substance, or the proceeds from the sale of or for the purchase of controlled substances, are concealed in the aforementioned package, and seeks a search warrant directing the search of the package described herein and seizure of the enclosed material relating

3

to the distribution of controlled substances. I declare under penalty of perjury that the foregoing is true and correct.

_____
Bryce S. Husak
U.S. Postal Inspector

Subscribed and sworn to before me on this 15th day of November, 2017 by Bryce S. Husak.

_____
MICHAEL D. NELSON
U.S. Magistrate Judge

4

AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* Express Mail package, tracking number EM046797042US, addressed to Twitch Gamer, 1410 North Eddy St, Grand Island, NE 68801 | Case No.   8:17MJ413 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Nebraska____
*(identify the person or describe the property to be searched and give its location)*:

Express Mail package, tracking number EM046797042US, addressed to Twitch Gamer, 1410 North Eddy St, Grand Island, NE 68801

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, or the proceeds from the sale of or for the purchase of controlled substances

**YOU ARE COMMANDED** to execute this warrant on or before ____November 16, 2017____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Michael D. Nelson____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  11/15/2017 2:09 p.m.   _____
                                              *Judge's signature*

City and state:   Omaha, Nebraska              Michael D. Nelson, U.S. Magistrate
                                                *Printed name and title*

| Return |||
|---|---|---|
| Case No.: 8:17MJ413 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*